| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | MIRA CHERNICK<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VONTELL WESSON,<br><br>Defendant. | CASE NO. 2:19-CR-00051 TLN<br><br>STIPULATION AND ORDER CONTINUING EVIDENTIARY HEARING<br><br>DATE: May 30, 2019<br>TIME: 1:30 p.m.<br>COURT: Hon. Troy L. Nunley |
|---|---|

IT IS HEREBY STIPULATED by and between Assistant United States Attorney MIRA CHERNICK, counsel for Plaintiff, and Assistant Federal Defender DOUGLAS BEEVERS, counsel for Defendant VONTELL WESSON, that the evidentiary hearing scheduled for May 30, 2019, at 1:30 p.m. be continued to June 6, 2019, at 1:30 p.m. This continuance is being requested to accommodate a witness who will be traveling from Stockton, CA and is unavailable on May 30.

| Dated: May 29, 2019 | | MCGREGOR W. SCOTT<br>United States Attorney |
|---|---|---|
| | By: | /s/ Mira Chernick<br>MIRA CHERNICK<br>Assistant United States Attorney |
| Dated: May 29, 2019 | | HEATHER WILLIAMS<br>Federal Defender |
| | By: | /s/ Douglas Beevers<br>DOUGLAS BEEVERS<br>Assistant Federal Defender |

STIPULATION AND ORDER CONTINUING EVIDENTIARY HEARING

1

ORDER

The Court, having read and considered the parties' request to continue the May 30, 2019 evidentiary hearing in this matter, and finding good cause therefore, hereby orders that the May 30, 2019 evidentiary hearing is continued to June 6, 2019 at 1:30 p.m. IT IS SO ORDERED.

DATED: May 29, 2019

                                                                                                               Troy L. Nunley
                                                                                                               United States District Judge