PHILLIP A. TALBERT
Acting United States Attorney
MIRA CHERNICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff/Respondent
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff/Respondent, <br><br> v. <br><br> VONTELL WESSON, <br><br> Defendant/Movant. | CASE NO. 2:19-CR-00051-TLN <br><br> ORDER GRANTING EXTENSION OF TIME |

On March 2, 2021, Respondent requested a 20-day extension of time to file its response or opposition to Defendant Wesson's *pro se* Motion for Compassionate Release. Docket No. 41.

IT IS HEREBY ORDERED, that Respondent's request for a 20-day extension is granted. The response is now due March 23, 2021.

Dated: March 3, 2021

_____
Troy L. Nunley
United States District Judge

[PROPOSED] ORDER