HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant
VONTELL WESSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>VONTELL WESSON,<br><br>    Defendant. | Case No.  2:19-cr-00051-TLN<br><br>ORDER |

**IS HEREBY ORDERED** that the Request to Seal Exhibit A to Defendant's Second Motion to Reduce Sentence Pursuant to 18 USC § 3582(c)(1)(A)(i) (Compassionate Release) be granted so that the private medical information is not available on the public docket. The records are to be provided to the Court and opposing counsel.

These documents shall remain under seal until further Order of the Court.


Dated: November 10. 2022

_____
Troy L. Nunley
United States District Judge

Order                                       -1-