PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>VONTELL WESSON,<br><br>　　　　　　　Defendant. | CASE NO. 2:19-CR-51-TLN<br><br>STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A); ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a motion for compassionate release on November 10, 2022. ECF No. 51.

2. Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion. The government has contacted counsel for the defendant, who has indicated that he does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

　　a)　The government's response to the defendant's motion to be filed on or before December 8, 2022;

///

       b)       The defendant's reply to the government's response to be filed on or before December 15, 2022.

IT IS SO STIPULATED,

Dated: November 21, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ JAMES R. CONOLLY
JAMES R. CONOLLY
Assistant United States Attorney

Dated: November 21, 2022

/s/ DOUGLAS BEEVERS
DOUGLAS BEEVERS
Assistant Federal Defender
Counsel for Defendant
VONTELL WESSON

## ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

a)       The government's response to the defendant's motion, ECF No. 51, is due on or before December 8, 2022;

b)       The defendant's reply to the government's response, if any, is due on December 15, 2022.

IT IS SO FOUND AND ORDERED this 22nd day of November 2022.

_____
Troy L. Nunley
United States District Judge