PHILLIP A. TALBERT
United States Attorney
ZULKAR KHAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-51-TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER REGARDING CONTINUANCE OF REVOCATION PROCEEDINGS |
| v. | |
| VONTELL WESSON, | |
| Defendant. | DATE: April 25, 2024<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Vontell Wesson, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for an admit/deny hearing on revocation proceedings on April 25, 2024.

2. Mr. Wesson's counsel is on leave and unavailable on April 25, 2024.

//
//
//
//
//

3. By this stipulation, the parties now move to continue the admit/deny hearing to May 2, 2024.

IT IS SO STIPULATED.

Dated: April 18, 2024

PHILLIP A. TALBERT
United States Attorney

By: /s/ Zulkar Khan
ZULKAR KHAN
Assistant United States Attorney

Dated: April 18, 2024

/s/ Douglas Beevers
Douglas Beevers
Counsel for Defendant
VONTELL WESSON

## ORDER

IT IS SO FOUND AND ORDERED this 18th day of April, 2024.

Troy L. Nunley
United States District Judge