UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
August 1, 2024
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

VONTELL WESSON,

    Defendant.

Case No. 2:19-CR-00051-01-TLN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>VONTELL WESSON ,</u> Case No. 2:19-CR-00051-01-TLN, Charge <u>18 U.S.C. § 3606</u>, from custody for the following reasons:

    \_\_\_\_\_ Release on Personal Recognizance

    \_\_\_\_\_ Bail Posted in the Sum of $ _____

        \_\_\_\_\_ Unsecured Appearance Bond $ _____

        \_\_\_\_\_ Appearance Bond with 10% Deposit

        \_\_\_\_\_ Appearance Bond with Surety

        \_\_\_\_\_ Corporate Surety Bail Bond

        \_\_\_\_\_ (Other): <u>Sentenced to TIME SERVED as of August 2, 2024.</u>

        **X** <u>The defendant shall be released from custody at 9:00 AM on Friday, August 2, 2024.</u>

Issued at Sacramento, California on August 1, 2024.

By: _/s/ Troy L. Nunley_

District Judge Troy L. Nunley